UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICTOR APARICIO, an individual

    Plaintiff,

v.                                          Case No:  2:14-cv-467-FtM-38MRM

CREATIVE GLASS PRODUCTS, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on review of the file.  On January 14, 2015, the Court issued a Case Management and Scheduling Order (Doc. #37) setting the final pretrial conference for March 18, 2016, and the trial term for April 2016.  The Court anticipates that the visiting judge, the Honorable Paul A. Magnuson, Senior United States District Judge in and for the District of Minnesota, will handle the trial and any motions in this case.  Therefore, the case will be reset to the visiting judge's calendar for April 2016.

Judge Magnuson will schedule a motion hearing and/or final pretrial conference in early 2016.  Any questions regarding scheduling or Judge Magnuson's preferences should be directed to Courtroom Deputy Jackie Phipps at 651-848-1156.

Accordingly, it is

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

The Clerk is **DIRECTED** to cancel the final pretrial conference and trial term before the undersigned.  A separate notice and trial calendar will issue resetting the deadlines before the Honorable Paul A. Magnuson.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of December, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record